IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE  DIVISION

RUBY K. WOODS                                                                PLAINTIFF

v.                                        Case No. 07-5194

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## J U D G M E N T

Now  on  this 23rd   day of October,   2008, comes  on  for  consideration  the  Report  and

Recommendation dated May 31, 2007, by the Honorable , United States Magistrate Judge for the

Western District of Arkansas.   Ten (10) days have passed without objections being filed by the

parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the

Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court

hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law

Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/Jimm Larry HendrenHendren
HON. JIMM  LARRY HENDREN
UNITED STATES DISTRICT JUDGE